IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED AMERICAN LINE     *

     Plaintiff     *

v.     *     CIVIL NO. WMN-01-3817

SAFMARINE CONTAINER LINES N.V.     *

     Defendant     *

\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

The court file reflecting that service of process has been effected upon defendant Safmarine Container Lines N.V., and that defendant has not yet filed any response to the Complaint, it is, this 26th day of February, 2002,

ORDERED that plaintiff file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 14 days of this order.

_____
William M. Nickerson
United States District Judge