

**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

March 11, 2002

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
 Michael A. Stanley
 Howard S. Stevens*
 Victoria August
 Joy K. Sakellaris
 W. Jay Lee

Of Counsel
 Francis N. Iglehart
 P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
 307 West Allegheny Avenue
 Towson, Maryland 21204-4258
 Phone 410-825-0750
 Fax    410-825-0715

www.wcslaw.com

WRITER'S DIRECT DIAL/E-MAIL
(410)659-1336/dwskeen@wcslaw.com

**BY HAND**

The Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21202

    Re:    United American Line v.
             Safmarine Container Lines N.V.
             and M/V SAUDI MAKKAH, in rem
             Case No. WMN-01-3817

Dear Judge Nickerson:

    Friday afternoon we heard from counsel for defendant, Safmarine Container Lines N.V.  We are under pending Order of February 26, 2002 to take an entry of default or report as to why such Motion would be inappropriate on or before March 12, 2002.  Mr. Michael Fernandez of Freehill, Hogan & Mahar's office in New York has advised that he has just received the claim documents and needs some additional time to respond or otherwise answer the attached Complaint.  Also, in light of the amount involved ($11,000), we will be discussing settlement.  Accordingly, we request an extension of time for requiring a response from defendant Safemarine up to and including April 1, 2002.

    Thank you for your attention to this matter.

                                    Very truly yours,

                                    David W. Skeen

" **APPROVED** " THIS **12th** DAY
OF **March**, 20**02**

_____
**UNITED STATES DISTRICT JUDGE**

Encl.

cc via fax:  Michael Fernandez, Esquire (212)425-1901
            Freehill, Hogan & Mahar, LLP

048 v. (09823.00001)

\* Admitted in the District of Columbia and Maryland
\*\* Admitted in the District of Columbia, Maryland and Virginia