

**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

April 1, 2002

WRITER'S DIRECT DIAL/E-MAIL
(410)659-1336/dwskeen@wcslaw.com

**VIA HAND DELIVERY**

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris
W. Jay Lee

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax    410-825-0715

www.wcslaw.com

The Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21202

    Re:  United American Line v.
         Safmarine Container Lines N.V.
         and M/V SAUDI MAKKAH, in rem
         Case No. WMN-01-3817

Dear Judge Nickerson:

    We jointly request an extension of time for requiring a response from defendant Safmarine up to and including April 15, 2002. We are involved in discussions regarding settlement of this rather small claim ($11,000) and some additional time is needed for defendant's review of claim documents and communications with his client overseas.

    Thank you for your attention to this matter.

                                Very truly yours,

                                David W. Skeen

Encl.

cc:  via facsimile Michael Fernandez, Esquire (212)425-1901
     Freehill, Hogan & Mahar, LLP

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia

119907 v. (09823.00001)

"APPROVED" THIS 2nd DAY
OF April, 2002

UNITED STATES DISTRICT JUDGE

RECEIVED APR 1 2002
JUDGE WILLIAM M. NICKERSON